1  JULIE M. MCCOY, Bar no. 129640
   485 E. 17TH ST.   SUITE 111
2  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
3  Fax: (949) 722-8416

4  Attorney for: PLAINTIFF

7           UNITED STATES DISTRICT COURT
8           CENTRAL DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,        | No. CV A 09- **02973**
11 |              Plaintiff,
12 |       vs.                         | CONSENT JUDGMENT
13 | FREDRICK J. GARTNER,
14 |              Defendant

16    Pursuant to the above stipulation of the parties,
17 Judgment is hereby entered in favor of Plaintiff, UNITED
18 STATES OF AMERICA, against Defendant, Fredrick J. Gartner,
19 in the principal amount of $2,618.82 plus interest accrued
20 to April 13, 2009, in the sum of $4,869.28; with interest
21 accruing thereafter at 7% annually until entry of judgment,
22 administration costs in the amount of $87.00, for a total
23 amount of  **$7,575.10**.

25 DATED: 05/05/2009         By: _Jerry Najera_
                                  Clerk of the Court

27                                 A. KANNIKE
28                              Deputy Clerk
                           United States District Court